UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,          )<br>Plaintiffs,          )<br>          )<br>-v-          )<br>          )<br>MILESTONES CHILD DEVELOPMENT          )<br>CENTER LLC, *et al.*,          )<br>Defendants.          )<br>          ) | No. 1:23-cv-1037<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has dismissed this action as moot at Plaintiff West Bend Insurance Company's request. Accordingly, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   November 14, 2024                                                       /s/ Paul L. Maloney
                                                                                                                   Paul L. Maloney
                                                                                               United States District Judge